## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| M&I MARSHALL & ILSLEY BANK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 09-0171-CV-W-GAF |
| | ) | |
| TIMBERLAND PROPERTIES, INC. | ) | |
| and RANDALL L. ROBB, | ) | |
| | ) | |
| **Defendants.** | ) | |

## **JUDGMENT**

Judgment is entered in favor of Plaintiff M&I Marshall & Ilsley Bank and against Defendant Timberland Properties, Inc. and Defendant Randall L. Robb, jointly and severally, in the amount of $235,440.26, plus post-judgment interest until fully paid. The judgment is comprised of the following amounts: (i.) $205,480.39 in principal; (ii.) $16,445.40 in accrued interest; and (iii.) $1,821.05 in late charges; (iv.) per diem interest of $102.74 per day from and after October 13, 2009, until fully paid; and (v.) $13,923.05 in reasonable attorneys' fees and costs, which includes the $2,229.63 awarded in the order dated February 5, 2010.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: March 23, 2010